# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

BENJAMIN HARRIS

VERSUS

EMERY EQUIPMENT SALES AND
RENTAL INC. AND LWCC

NO.   2026 CW 0315

**MAY 04, 2026**

---

In Re:   Benjamin   Harris,   applying   for   supervisory   writs,
Office of Workers' Compensation, District 5, No. 24-
06163.

---

**BEFORE:   MILLER, EDWARDS, AND FIELDS, JJ.**

   **WRIT DENIED.** The criteria set forth in **Herlitz Construction
Co., Inc. v. Hotel Investors of New Iberia, Inc.**, 396 So.2d 878
(La. 1981) (per curiam), are not met.

**SMM**
**BDE**
**WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT